**DOUGLAS COUNTY SHERIFFS OFFICE**
1036 SE DOUGLAS AVE
ROSEBURG, OR 97470
(541) 440-4450

# RETURN OF SERVICE NOTICE

| | |
|---|---|
| State of OREGON | SUBSTITUTE SERVICE |
| DOUGLAS COUNTY | |

Case Number:    **6:26-CV-343**

Court Date:

| Plaintiff's | vs. | Defendants |
|---|---|---|
| **RYLEIGH STARLING** | | **WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP** |

A@PERRONGLAW.COM

DEFENDANT: WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP

I HEREBY CERTIFY THAT I SERVED A COPY/TRUE COPY OF SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL,, ON THE DEFENDANT BY DELIVERING A COPY THEREOF WITH TIM DELIA, WHO IS THIS DEFENDANT'S OWNER OF GOIN POSTAL, A PERSON OVER THE AGE OF 14 YEARS WHO LIVES AT THE DEFENDANT'S USUAL PLACE OF ABODE, TO WIT: 4601 CARNES RD STE 8 #1015 ROSEBURG, OR 97471

ON THIS DAY 03/02/2026 AT THIS TIME 10:41 AM

*[signature]*

JOHN HANLIN, SHERIFF
DOUGLAS COUNTY SHERIFFS OFFICE

*[signature]*

BY: MATTHEW W RACINE
PATROL DEPUTY

\* \* \* PURSUANT TO ORCP 7(D) (2) (B) AND (C). WHERE SUBSTITUTED SERVICE OR OFFICE SERVICE IS USED, THE PLANTIFF MUST MAIL AS SOON AS REASONABLY POSSIBLE, A TRUE COPY OF THE SUMMONS AND COMPLAINT TO THE DEFENDANT \* \* \*