Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| RYLEIGH STARLING, individually and on behalf of a class of all persons and entities similarly situated,<br><br>         Plaintiff<br><br>vs.<br><br>WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP.<br><br>         Defendant | Case No.<br>6:26-cv-343<br><br><br>MOTION TO TRANSFER<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, Plaintiff conferred with counsel for Defendants, who do not oppose this motion.

## MOTION AND BRIEF IN SUPPORT

Come now the Plaintiff, Ryleigh Starling, and hereby moves for this Court to transfer this Action to the United States District Court for the Northern District of Texas, Dallas Division. In support thereof, the Plaintiff states that the Plaintiff's 817- area code number is associated with the Northern District of Texas and that a substantial portion of the calls at issue were received to

that number, which is registered to an address in the Northern District of Texas. 28 U.S.C. § 1391(b)(2). The purpose of this motion is to consolidate the proceedings more expediently in a venue closer to the Plaintiff herself, for the convenience of the parties, for ease of access to relevant sources of proof, and in the interests of justice and for no improper or dilatory purpose. 28 U.S.C. § 1404(a). Counsel for Plaintiff has conferred with counsel for Defendant, who consents to the venue of the United States District Court for the Northern District of Texas, Dallas Division. 28 U.S.C. § 1404(a), (b). As outlined above, the parties have conferred and Defendant has no objection to this relief.

Therefore, the Plaintiff requests that this matter be transferred via inter-district transfer to the United States District Court for the Northern District of Texas, Dallas Division.

Dated: March 24, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, the foregoing was filed via CM/ECF.

Dated: March 24, 2026

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class
*Attorney for Plaintiff*

2